**EFiled: May 07 2015 03:27PM EDT**
**Transaction ID 57203071**
**Case No. 10287-VCN**

COURT OF CHANCERY
OF THE
STATE OF DELAWARE

JOHN W. NOBLE
VICE CHANCELLOR

417 SOUTH STATE STREET
DOVER, DELAWARE 19901
TELEPHONE: (302) 739-4397
FACSIMILE: (302) 739-6179

May 7, 2015

Sidney S. Liebesman, Esquire
Montgomery, McCracken, Walker
   & Rhoads, LLP
1105 North Market Street, Suite 1500
Wilmington, DE 19801

David L. Finger, Esquire
Finger & Slanina, LLC
One Commerce Center
1201 N. Orange Street, 7th Fl.
Wilmington, DE 19801

Robert D. Goldberg, Esquire
Biggs and Battaglia
921 North Orange Street
Wilmington, DE 19801

Re: *Smollar v. Potarazu*
C.A. No. 10287-VCN
Date Submitted: March 19, 2015

Dear Counsel:

The Court has allowed the Special Review Committee more than sufficient time to perform its tasks. To avoid disruption, the Court will allow the *de facto* stay to remain in place until May 22, 2015. A further stay for efforts of the Special Review Committee simply is not warranted. Thus, effective as of May 22, 2015, the Motion to Stay is denied.

The Special Review Committee's Motion to Stay also contained, in the alternative, a request to "realign the litigation," with the effect that it would be substituted as plaintiff. If it continues to seek this relief, counsel should confer on a brief schedule or other approach for dealing with this application. These specific items are not subject to any stay.

**IT IS SO ORDERED.**

Very truly yours,

*/s/ John W. Noble*

JWN/cap
cc:   Register in Chancery-K